AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of: <br> 3422 North 82nd Avenue, Phoenix, Arizona 85033. <br><br> USAO 2022R02696 | Case No. 22-8199 MB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-1.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B-1.**

**YOU ARE COMMANDED** to execute this warrant on or before  8-5-22  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  7/22/22  3:57 PM     _____
                                            *Judge's signature*

City and state: <u>Phoenix, Arizona</u>     <u>Honorable JOHN Z. BOYLE, U.S. Magistrate Judge</u>
                                            *Printed name and title*

## ATTACHMENT A-1

*Property to be searched*

The property to be searched is 3422 North 82nd Avenue, Phoenix, Arizona, 85033 ("**Subject Premises**"), further described as a single-family residence which is a two-story home with tan roof shingles. The black numbers "3422" are positioned on the pillar of the front patio of the main front entrance.

The search of the **Subject Premises** shall include all attachments, storage units, appurtenances thereto, vehicles, and all other areas within the curtilage. The search of the **Subject Premises** shall also include a search of any and all containers, clothing, or personal items (*e.g.*, safes, backpacks, wallets, briefcases, and bags) within the **Subject Premises** at the time of the execution of the search warrant.

## ATTACHMENT B-1

*Property to be seized*

1. Any illegal controlled substances;

2. Books, records, receipts, notes, ledgers, invoices, and any other documentation related to the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances and money transactions related to drug proceeds;

3. Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received, or to be paid for controlled substances, or intended to be paid for controlled substances;

4. Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

5. United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

6. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

7. Currency counters;

2

8. Indicia of occupancy, residency, rental, ownership, or use of the **Subject Premises** and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

9. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, firearms, or controlled substances;

10. Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers;

11. Motor vehicle titles, bills of sale, lien information, title transfer applications, or other documents evidencing the purchase, sale, or transfer of any motor vehicle;

12. Any items of evidence related to the white Chevrolet Silverado with Arizona license plate HFA3A4A ("**Subject Vehicle**") used by Alejandro SANCHEZ GARCIA including forensic processing of the **Subject Vehicle**, to include processing the vehicle for DNA, Latent Prints, and photographs;

13. Any and all electronic devices including cellular phones and other electronics commonly used to communicate in order to manufacture and/or traffic illegal drugs; and

14. Any computers, laptops or tablet type devices commonly used to sync with cellular phones believed to be used to communicate information relevant to this crime

3